PROB 12C
(6/16)

Report Date: September 12, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 15, 2025**

SEAN F. McAVOY, CLERK

ECF No. 52

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: James H. Gallaher | Case Number: 0980 2:21CR00088-TOR-1 |

Address of Offender: ▮▮▮▮▮▮ Nespelem, Washington 99155

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 8, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 71 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker | Date Supervision Commenced: | July 11, 2025 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: | July 10, 2028 |

## PETITIONING THE COURT

To issue a **warrant**

On July 30, 2025, a U.S. probation officer met with the offender and reviewed the judgement and conditions of supervision. The offender signed the judgement acknowledging his understanding and receipt of such. The offender was provided a copy of the judgment and conditions as reviewed and signed.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: It is alleged that Mr. Gallaher violated the above-stated condition on or about September 11, 2025, by failing to register as a sex offender as required by the Sex Offender Registration and Notification Act 34 § 20913(c). |

Prob12C
**Re: Gallaher, James H.**
**September 12, 2025**
**Page 2**

> Pursuant to 34 § 20913(c), a sex offender shall, not later than 3 business days after each change of name, residence, employment, or student status, appear in person in at least 1 jurisdiction involved and inform that jurisdiction of all changes in the information required for that offender in the sex offender registry.
>
> According to a detective with the Coliville Tribal Police Department (CTPD), Mr. Gallaher reported in for sex offender registration on July 24, 2025. During this contact the detective advised Mr. Gallaher that he may not live adjacent to a park, per tribal code. He was given time to find a new residence and report back.
>
> On July 30, 2025, the undersigned met with Mr. Gallaher and discussed this requirement to move. The undersigned contacted the detective and determined that Mr. Gallaher would be given until the end of August 2025 to relocate. Mr. Gallaher was subsequently directed to secure a new residence and register such by or before August 31, 2025. The undersigned made it clear that the current residence would not be approved.
>
> On September 2, 2025, Mr. Gallaher had not yet contacted the undersigned with new residence information. On September, 11, 2025, the undersigned contacted the detective who confirmed that Mr. Gallaher had not yet registered a new address and would be filing a new charge for failure to register as a sex offender.

2      **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

> **Supporting Evidence**: It is alleged that Mr. Gallaher violated the above stated condition on or about September 11, 2025, by failing to contact the undersigned as instructed.
>
> On September 4, 2025, Mr. Gallaher contacted the undersigned by phone. During this contact he was instructed to call the undersigned in 1 week, September 11, 2025. On September 10, 2025, the undersigned attempted to contact Mr. Gallaher at his last known address. When there was no answer at the door a business card was left on the front door at eye-level with reporting instructions to call or report in-person on September 11, 2025, at 9 a.m.
>
> At the time of this report, Mr. Gallaher has not reported to, or contacted the undersigned.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/12/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

Prob12C
Re: Gallaher, James H.
September 12, 2025
Page 3

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Thomas O. Rice*
Signature of Judicial Officer

September 15, 2025
Date